MAX LOEWINTHAN, Appellant, *v.* BETH DAVID HOSPITAL et al., Defendants, and CHARLES LOVENTHAL et al., Defendants-Respondents.

Submitted May 17, 1943; decided May 27, 1943.

Motion for reargument on behalf of defendant-respondent Loventhal denied, with ten dollars costs and necessary printing disbursements. (See 290 N. Y. 188.)